In re:     Case No. 21-00424-HWV

Karina L. Matos     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2

Date Rcvd: Apr 06, 2021    Form ID: ntcnfhrg    Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karina L. Matos, PO Box 402, Effort, PA 18330-0402 |
| 5393466 | + | Aaron's Inc., 674 PA Route 196 Unit 15, Tobyhanna, PA 18466-8361 |
| 5393467 | | Bank of America Home Loans, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5393468 | | Birches West HOA, c/o Wilkins Property Mgmt., 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5393471 | + | Commericial Acceptance Corp., 2 W Main St, Shiremanstown, PA 17011-6326 |
| 5393473 | | Household Bank, Attn.: Bankruptcy Dept., PO Box 5213, Carol Stream, IL 60197-5213 |
| 5393475 | | Lendmark Financial Services, 4645 Village Square Dr Ste H, Paducah, KY 42001-7448 |
| 5393464 | | Matos Karina L, 1281 Brian Ln, Effort, PA 18330-7938 |
| 5393465 | | McCrystal Law Offices, 151 Main St Ste A, Emmaus, PA 18049-4026 |
| 5393477 | | Severiano Matos, PO Box 402, Effort, PA 18330-0402 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2021 19:03:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393469 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 06 2021 19:04:34 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5393470 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2021 19:06:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5393472 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2021 19:03:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5393476 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2021 19:05:49 | Macys Recovery, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5393474 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2021 19:06:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5399456 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2021 19:06:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5393702 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5393480 | *+ | Aaron's Inc., 674 PA Route 196 Unit 15, Tobyhanna, PA 18466-8361 |

| | | |
|---|---|---|
| 5393481 | * | Bank of America Home Loans, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5393482 | * | Birches West HOA, c/o Wilkins Property Mgmt., 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5393483 | * | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5393484 | * | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5393485 | *+ | Commericial Acceptance Corp., 2 W Main St, Shiremanstown, PA 17011-6326 |
| 5393486 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5393490 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys Recovery, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5393487 | * | Household Bank, Attn.: Bankruptcy Dept., PO Box 5213, Carol Stream, IL 60197-5213 |
| 5393488 | * | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5393489 | * | Lendmark Financial Services, 4645 Village Square Dr Ste H, Paducah, KY 42001-7448 |
| 5393478 | * | Matos Karina L, 1281 Brian Ln, Effort, PA 18330-7938 |
| 5393479 | * | McCrystal Law Offices, 151 Main St Ste A, Emmaus, PA 18049-4026 |
| 5393491 | * | Severiano Matos, PO Box 402, Effort, PA 18330-0402 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Michael J McCrystal | on behalf of Debtor 1 Karina L. Matos mccrystallaw@gmail.com sueparalegal@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Karina L. Matos,<br>aka Karina L. Arce, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00424−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 27, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: June 3, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2021 |

ntcnfhrg (03/18)