IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

IN RE: Karina Matos :
:
    *Debtor* : Bankr. No. 21-0424
:
: Chapter 13

CERTIFICATE OF NO PAY ADVICES

I hereby certify that on the 22nd day of April 2021, after drafting and preparing debtor's statements and schedules investigated with debtor his payroll history during the one hundred eighty (180) days which precede bankruptcy and which are at issue on Form B-22.

1. Debtor, Karina Matos, was not employed in a payroll generating job during the six month period up until March 3, 2021.

2. Debtor, Karina Matos sole sources of income during the period, January 3, 2021 to March 3, 2021 has been Unemployment Compensation and cash from her father who also lives at the residence.

    Respectfully submitted,

    /s/ Michael J. McCrystal, Esquire

    _____
    Michael J. McCrystal, Esquire
    151 Main Street, STE A
    Emmaus, PA 18049
    610-262-7873

    Attorney for the Debtor