**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    KARINA L. MATOS                                    :
                         Debtor(s)                          :
                                                     :
                                                     : CHAPTER 13
                                                     :
                                                     :
         JACK N. ZAHAROPOULOS                    :
         CHAPTER 13 TRUSTEE                        :
                       Movant                          : CASE NO: 5-21-00424-MJC
         vs.                                                    :
                                                       :
         KARINA L. MATOS                              :
                                                      :
                                                     :
                                                     :

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on November 4, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    November 4, 2021                    Respectfully submitted,

                                                   s/Agatha McHale, Esquire
                                                   ID:  47613
                                                   Attorney for Movant
                                                   Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   8125 Adams Drive, Suite A
                                                   Hummelstown, PA 17036
                                                 Phone:  (717) 566-6097
                                                 Fax:  (717) 566-8313
                                                 email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    KARINA L. MATOS             :
                      Debtor(s)           :
                                         :

           JACK N. ZAHAROPOULOS     :   CHAPTER 13
           CHAPTER 13 TRUSTEE        :
                    Movant            :
                                         :   CASE NO: 5-21-00424-MJC
                                       :
                                       :
                                       :
                                       :
                                       :

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

                 U.S. Bankruptcy Court         Date: December 7, 2021
                 Max Rosen U.S. Courthouse    Time: 09:30 AM
                 197 S. Main Street
                 Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 400.00**
**AMOUNT DUE FOR THIS MONTH:  $200.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $600.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
    **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    November 4, 2021               Respectfully submitted,

                                      s/Agatha McHale, Esquire
                                      Attorney for Movant
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone: (717) 566-6097
                                      Fax: (717) 566-8313
                                      email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    KARINA L. MATOS                        :
                    Debtor(s)                  :
                                            :  CHAPTER 13
                                            :
          JACK N. ZAHAROPOULOS      :
          CHAPTER 13 TRUSTEE          :
                    Movant                   :
                                            :  CASE NO: 5-21-00424-MJC
                                          :
                                          :
                                          :
                                          :

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 4, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

MICHAEL J. McCRYSTAL, ESQUIRE         UNITED STATES TRUSTEE
151 MAIN STREET                          SUITE 1190
SUITE A                                     228 WALNUT STREET
EMMAUS, PA  18049                    HARRISBURG, PA  17101

<u>Served by First Class Mail</u>

KARINA L MATOS
PO BOX 402
EFFORT, PA  18330

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 4, 2021                <u>Bobbie Weigel</u>
                                    for Jack N. Zaharopoulos, Trustee
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: <u>info@pamd13trustee.com</u>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    KARINA L. MATOS            :
                Debtor(s)          :
                              :
        JACK N. ZAHAROPOULOS   :
        CHAPTER 13 TRUSTEE       :
                Movant        :   CHAPTER 13
                              :
        vs.                        :
                              :
        KARINA L. MATOS          :
                              :   CASE NO: 5-21-00424-MJC
                              :
                              :
                              :
                              :
                              :
                              :
                              :
                              :

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.