22-0005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Karina L. Matos<br>aka Karina L. Arce<br><br>                              Debtor(s)<br>Severiano Matos, CoDebtor | Chapter 13 Proceeding<br><br>Case No. 21-00424 MJC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

                              POWERS KIRN, LLC

                            By: **/s/ Jill Manuel-Coughlin, Esquire**
                            Attorney ID# 63252
                            Eight Neshaminy Interplex, Suite 215
                            Trevose, PA 19053
                            Telephone: 215-942-2090
                            Dated: January 5, 2022