## Selection Criteria

| Slip.Classification | Open |
|---|---|
| Clie.Selection | Include: Karina L. Matos |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 697 TIME<br>3/3/2021<br>WIP<br>Draft Statements and Schedules and Chapter 13 plan-Notice re: Sheriff Sales | Michael<br>Draft<br>Karina L. Matos | 4.00<br>0.00<br>4.00<br>0.00 | 300.00<br>T | 1200.00 |
| 698 TIME<br>4/5/2021<br>WIP<br>Court Appearance for Hearing 341 meeting, preparation, documents to trustee and Video Conf | Michael<br>Hearing<br>Karina L. Matos | 3.00<br>0.00<br>3.00<br>0.00 | 300.00<br>T | 900.00 |
| 699 TIME<br>4/8/2021<br>WIP<br>Review Trustee Obj to Confirmation, POC filed by Mortgage Creditor and explain in ltr to client concerning non-feasbile plan | Michael<br>Review<br>Karina L. Matos | 1.00<br>0.00<br>1.00<br>0.00 | 300.00<br>T | 300.00 |
| 700 TIME<br>5/12/2021<br>WIP<br>Review Mortgage Company's Obj and sent it and POC to client | Michael<br>Review<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 701 TIME<br>5/24/2021<br>WIP<br>Meeting-In Person meeting with client regarding not feasible plan and what could be done | Michael<br>Meeting<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 702 TIME<br>7/28/2021<br>WIP<br>Telephone call with opposing Attorney to get full packet to apply for loan modification and then convey it to client | Michael<br>Phone Opp Atty<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 703 TIME<br>11/4/2021<br>WIP<br>Review Trustee's MTD, non payment, phone and email client | Michael<br>Review<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 709 TIME<br>1/11/2022<br>WIP<br>Letter to client Because B of A sold your loan to Gregory, you must redo the entire Loan Mod packet | Michael<br>Correspondence<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 704 TIME<br>1/12/2022<br>WIP<br>Review 2nd Trustee's MTD for non-payment | Michael<br>Review<br>Karina L. Matos | 0.33<br>0.00<br>0.33<br>0.00 | 300.00<br>T | 100.00 |
| 708 TIME<br>3/21/2022<br>WIP<br>Phone call from client-trying to get her to understand that mailing it to Mortgage Co. not as good as mailing it to their bankr. counsel and even if it does get to mortgage co, it is bankruptcy counsel does not know that | Michael<br>Phone client<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 707 TIME<br>3/24/2022<br>WIP<br>Letter to client convey and explain the Mortgage Company's Loan Mod offer | Michael<br>Correspondence<br>Karina L. Matos | 0.50<br>0.00<br>0.50<br>0.00 | 300.00<br>T | 150.00 |
| 706 TIME<br>5/6/2022<br>WIP<br>Draft very detailed email to client as to why her ideas for modification are not going to fly | Michael<br>Draft<br>Karina L. Matos | 1.00<br>0.00<br>1.00<br>0.00 | 300.00<br>T | 300.00 |
| 705 TIME<br>6/7/2022<br>WIP<br>Draft Application for Admin Expnses | Michael<br>Draft<br>Karina L. Matos | 3.00<br>0.00<br>3.00<br>0.00 | 300.00<br>T | 900.00 |

Grand Total

|  | Billable<br>Unbillable<br>Total | 15.83<br>0.00<br>15.83 |  | 4750.00<br>0.00<br>4750.00 |
|---|---|---|---|---|