# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    KARINA L. MATOS
         AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 5-21-00424-MJC
    Movant
vs.
KARINA L. MATOS etal
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 11, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on June 2, 2021.

2. A hearing was held and an Order was entered on June 7, 2022 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                    Respectfully submitted,

                    /s/   Agatha R. McHale, Esq.
                    Id:  47613
                    Attorney for Movant
                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    Ste. A, 8125 Adams Drive
                    Hummelstown, PA   17036
                    Ph.   717-566-6097
                    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-21-00424-MJC

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA

Date: September 1, 2022

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Dated: August 11, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-21-00424-MJC

Movant

KARINA L. MATOS etal

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 11, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

MICHAEL J. McCRYSTAL, ESQUIRE
151 MAIN STREET
SUITE A
EMMAUSPA18049-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail

KARINA L. MATOS
PO BOX 402
EFFORT, PA   18330-0402

I certify under penalty of perjury that the foregoing is true and correct.

Date:   August 11, 2022

/s/   Vickie Williams
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE    CHAPTER 13

CASE NO: 5-21-00424-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

KARINA L. MATOS etal
Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.