## United States Bankruptcy Court
## Middle District of Pennsylvania, Wilkes-Barre Division

**IN RE:**                                                                                                           Case No. **5:21-bk-00424-RNO**

**Matos, Karina L.**                                                                Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Second Amended Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this __**30th**__ day of __**August**__, __**2022**__.

*/s/ Michael J McCrystal*
**Michael J McCrystal 55064**
**McCrystal Law Offices**
**326 Main St Ste 1**
**Emmaus, PA 18049-2739**
**(610) 262-7873 Fax: (610) 262-2219**
**mccrystallaw@gmail.com**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Matos, Karina L.**
**PO Box 402**
**Effort, PA  18330-0402**

**Aaron's Inc.**
**674 PA Route 196 Unit 15**
**Tobyhanna, PA  18466**

**Bank of America Home Loans**
**PO Box 45144**
**Jacksonville, FL  32232-5144**

**Birches West HOA**
**c/o Wilkins Property Mgmt.**
**7164 Route 209**
**Stroudsburg, PA  18360-7108**

**Capital One Bank USA**
**PO Box 30281**
**Salt Lake City, UT  84130-0281**

**Comenity Bank**
**Bankruptcy Department**
**PO Box 182125**
**Columbus, OH  43218-2125**

**Commericial Acceptance Corp.**
**2 W Main St**
**Shiremanstown, PA  17011**

**Credit One Bank**
**PO Box 98872**
**Las Vegas, NV  89193-8872**

**Household Bank**
**Attn.: Bankruptcy Dept.**
**PO Box 5213**
**Carol Stream, IL  60197-5213**

**Kohls/Capital One**
**PO Box 3115**
**Milwaukee, WI  53201-3115**

**Lendmark Financial Services**
**4645 Village Square Dr Ste H**
**Paducah, KY  42001-7448**

**Macys Recovery**
**9111 Duke Blvd**
**Mason, OH  45040-8999**

**Severiano Matos**
**PO Box 402**
**Effort, PA  18330-0402**

Software Copyright (c) 2022 CINGroup - www.cincompass.com