| | | |
|---|---|---|
| IN RE: Karina L. Matos | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE MIDDLE DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 5:21-bk-0424 |
| | : | |

CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion for Administrative Expense. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 12, 2022.

    It is hereby respectfully requested that the Order attached to the Motion for Administrative Expense be entered at the earliest convenience.

Dated: September 30, 2022

                                            Respectfully submitted,

                                            /S/Michael J. McCrystal
                                            _____
                                            Michael J. McCrystal, Esquire
                                            326 Main Street, STE 1
                                            Emmaus, PA 18049
                                            (610) 262-7873
                                            Attorney for the Debtor