Oct 04, 2022

FILED
**October 5, 2022**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

To Whom It Is Of Concern:

I am respectfully requesting a delay on the decision to remove my mortgage company from the stay that resulted after my filing of a Chapter 13 Bankruptcy. I'm making this request because unfortunately the attorney I hired to handle my bankruptcy has not done his due diligence with handling my case as well as representing me in a manner that he should. A recent example of my assertion in reference to my lawyer's negligence would be from today. My attorney failed to send me the link to today's Zoom meeting so I took it upon myself to call in to the court clerk. I was able to get onto the Zoom only to find out that my case had been postponed and my attorney had previously been made aware of the fact. I obviously was not informed by him of the update. This is only one example of many things he has failed to communicate to me. Not to fail to mention the very derogatory manner in which he addresses me each time we speak on the phone. I am currently seeking other legal advice on my case and expect to have a successful outcome to that within the next few weeks. I truly appreciate the kindness of your consideration on my request. It is my hope that you will see fit to afford me this additional time.

Sincerely,

Karina Matos

*Karina Matos*

| From: | web@pamb.uscourts.gov on behalf of PAMB Web |
|---|---|
| To: | PAMBml_fax |
| Subject: | EDSS filing from Karina Matos for on Wednesday, October 5, 2022 - 09:49 |
| Date: | Wednesday, October 5, 2022 9:49:38 AM |

Submitted on Wednesday, October 5, 2022 - 09:49
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Karina Matos
Debtor's name (if different):
Filer's EMail Address: karina32love@gmail.com
Filer's Phone Number: 9175847840
Case number (if known): 5-21-00424
  ==Documents==
  Document 1:
  https://www.pamb.uscourts.gov/system/files/webform/edss/5-21-00424.pdf
  Document description: Objection letter
   ==More Documents==
   Document 2:
   Document 2 description:
   Document 3:
   Document 3 description:
   Document 4:
   Document 4 description:
   Document 5:
   Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: karina Matos