IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Karina L. Matos aka Karina L. Arce,<br>                                Debtor. | Case No. 21-00424-MJC<br><br>Chapter 13 |
| Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee,<br>                                Movant,<br>    v.<br><br>Karina L. Matos aka Karina L. Arce<br>Severiano Matos, Co-Debtor<br>and<br>Jack N. Zaharopoulos, Trustee,<br>                                Respondents. | |

**ORDER GRANTING IN REM PROSPECTIVE STAY RELIEF AS TO PROPERTY LOCATED AT 105 BRIAN LANE, EFFORT, PA 18330 N/K/A <u>1281 BRIAN LANE, EFFORT, PA 18330</u>**

Upon consideration of Motion for In Rem Prospective Relief From Automatic Stay, Dkt. # 71 ("Motion"), any objections filed thereto, and after a hearing held on October 27, 2022, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit Barclays Mortgage Loan Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL-1, by U.S. Bank National Association as Indenture Trustee and/or its successors and assigns to proceed with foreclosure of the property located at 105 Brian Lane, Effort, PA 18330 n/k/a 1281 Brian Lane, Effort, PA 18330, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment; and it is

**ORDERED,** that Movant's request for in rem relief under 11 U.S.C. § 362(d)(4) and the Co-Debtor stay of 11 U.S. C. §1301 is hereby **GRANTED**; and for a period of two (2) years from the Date of this Order a bar is hereby imposed, precluding:

1. any further bankruptcy filings by the Debtor;

2. that any bankruptcy case filed by the Debtor, her successor(s), assigns, co-debtor(s), or any other occupant of the Property shall not place an automatic stay against the Property, and will not stay any actions by Movant - or its successor(s) or assign(s) (including any third-party acquiring the Property at sheriff's sale) - of its right to foreclose, obtain possession, or obtain, confirm, or convey title to the subject Property;

3. the Recorder of Deeds of Monroe County, Pennsylvania is hereby directed to allow for the recording of this Order, pursuant to 11 U.S.C. § 362(d)(4); which shall thereafter be binding in any bankruptcy filed within two (2) years after the entry of this order;

4. relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and

5. Bankruptcy Rule 40001(a)(3) is not applicable and Movant is authorized to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 27, 2022