# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 10/27/2022 |
| Case: 5:21–bk–00424–MJC | Form ID: pdf010 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Jack N Zaharopoulos (Trustee)      info@pamd13trustee.com
aty      Jill Manuel–Coughlin      jill@powerskirn.com
aty      Michael J McCrystal      mccrystallaw@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Sevariano Matos      PO Box 402      Effort, PA 18330–0402
     Sevariano Matos      1218 Brian Lane      Effort, PA 18330

TOTAL: 2