| | |
|---|---|
| In re: | Case No. 21-00424-MJC |
| Karina L. Matos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Oct 27, 2022 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Sevariano Matos, 1218 Brian Lane, Effort, PA 18330 |
| | Sevariano Matos, PO Box 402, Effort, PA 18330-0402 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Michael J McCrystal | on behalf of Debtor 1 Karina L. Matos mccrystallaw@gmail.com sueparalegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Karina L. Matos aka Karina L. Arce,<br>                        Debtor. | Case No. 21-00424-MJC<br><br>Chapter 13 |
| Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee,<br>                        Movant,<br>  v.<br><br>Karina L. Matos aka Karina L. Arce<br>Severiano Matos, Co-Debtor<br>and<br>Jack N. Zaharopoulos, Trustee,<br>                        Respondents. | |

**ORDER GRANTING IN REM PROSPECTIVE STAY RELIEF AS TO PROPERTY LOCATED AT 105 BRIAN LANE, EFFORT, PA 18330 N/K/A
<u>1281 BRIAN LANE, EFFORT, PA 18330</u>**

Upon consideration of Motion for In Rem Prospective Relief From Automatic Stay, Dkt. # 71 ("Motion"), any objections filed thereto, and after a hearing held on October 27, 2022, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit Barclays Mortgage Loan Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL-1, by U.S. Bank National Association as Indenture Trustee and/or its successors and assigns to proceed with foreclosure of the property located at 105 Brian Lane, Effort, PA 18330 n/k/a 1281 Brian Lane, Effort, PA 18330, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment; and it is

**ORDERED,** that Movant's request for in rem relief under 11 U.S.C. § 362(d)(4) and the Co-Debtor stay of 11 U.S.C. §1301 is hereby **GRANTED**; and for a period of two (2) years from the Date of this Order a bar is hereby imposed, precluding:

1. any further bankruptcy filings by the Debtor;
2. that any bankruptcy case filed by the Debtor, her successor(s), assigns, co-debtor(s), or any other occupant of the Property shall not place an automatic stay against the Property, and will not stay any actions by Movant - or its successor(s) or assign(s) (including any third-party acquiring the Property at sheriff's sale) - of its right to foreclose, obtain possession, or obtain, confirm, or convey title to the subject Property;
3. the Recorder of Deeds of Monroe County, Pennsylvania is hereby directed to allow for the recording of this Order, pursuant to 11 U.S.C. § 362(d)(4); which shall thereafter be binding in any bankruptcy filed within two (2) years after the entry of this order;
4. relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and
5. Bankruptcy Rule 40001(a)(3) is not applicable and Movant is authorized to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 27, 2022