# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)

CASE NO: 5-21-00424-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

KARINA L. MATOS
AKA: KARINA L. ARCE

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 5, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy cases Case, a statement of which follows:

1. Debtor(s) filed the above case on March 3, 2021.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - **11/04/2021, 01/12/2022, 06/07/2022**

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $1,500.00, along with their current regular monthly payment of $500.00, through January 5, 2023. The total arrearage amount therefore due is **$2,000.00**

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: January 5, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KARINA L. MATOS
            AKA: KARINA L. ARCE
                Debtor(s)                CHAPTER 13

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                Movant                 CASE NO: 5-21-00424-MJC
vs.
            KARINA L. MATOS
            AKA: KARINA L. ARCE

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        February 2, 2023 at 10:00 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  January 5, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)

CASE NO: 5-21-00424-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.
KARINA L. MATOS
AKA: KARINA L. ARCE

Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 5, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

MICHAEL J. McCRYSTAL, ESQUIRE
151 MAIN STREET
SUITE A
EMMAUS PA 18049-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

KARINA L. MATOS
PO BOX 402
EFFORT  PA  18330-0402

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  January 5, 2023 | /s/ Matt Arcuri<br>Office of the Standing Chapter 13 Trustee<br>Jack N. Zaharopoulos<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA  17036<br>Phone:  (717) 566-6097<br>Email: info@pamd13trustee.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA L. MATOS
AKA: KARINA L. ARCE

CHAPTER 13

Debtor(s)

CASE NO: 5-21-00424-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

KARINA L. MATOS
AKA: KARINA L. ARCE

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.