United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                        Case No. 21-00424-MJC

Karina L. Matos                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                              Page 1 of 3

Date Rcvd: Feb 02, 2023                      Form ID: ordsmiss                                    Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karina L. Matos, PO Box 402, Effort, PA 18330-0402 |
| 5393466 | + | Aaron's Inc., 674 PA Route 196 Unit 15, Tobyhanna, PA 18466-8361 |
| 5454158 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 5393468 | | Birches West HOA, c/o Wilkins Property Mgmt., 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5393471 | + | Commericial Acceptance Corp., 2 W Main St, Shiremanstown, PA 17011-6326 |
| 5393475 | | Lendmark Financial Services, 4645 Village Square Dr Ste H, Paducah, KY 42001-7448 |
| 5393464 | | Matos Karina L, 1281 Brian Ln, Effort, PA 18330-7938 |
| 5393477 | | Severiano Matos, PO Box 402, Effort, PA 18330-0402 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Feb 02 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5406396 | + | EDI: CINGMIDLAND.COM | Feb 02 2023 23:44:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5409088 | | EDI: BANKAMER.COM | Feb 02 2023 23:44:00 | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 5393467 | | EDI: BANKAMER.COM | Feb 02 2023 23:44:00 | Bank of America Home Loans, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5393469 | | EDI: CAPITALONE.COM | Feb 02 2023 23:44:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5393470 | | EDI: WFNNB.COM | Feb 02 2023 23:44:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5393472 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2023 18:46:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5393476 | + | EDI: CITICORP.COM | Feb 02 2023 23:44:00 | Macys Recovery, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5393473 | | EDI: HFC.COM | Feb 02 2023 23:44:00 | Household Bank, Attn.: Bankruptcy Dept., PO Box 5213, Carol Stream, IL 60197-5213 |
| 5393474 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2023 18:37:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5403131 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 18:46:40 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | Bypass Reason | EDI | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5407917 | | EDI: PRA.COM | Feb 02 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5399456 | | EDI: Q3G.COM | Feb 02 2023 23:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5393702 | + | EDI: RMSC.COM | Feb 02 2023 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407000 | | EDI: AIS.COM | Feb 02 2023 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5393480 | *+ | Aaron's Inc., 674 PA Route 196 Unit 15, Tobyhanna, PA 18466-8361 |
| 5393481 | * | Bank of America Home Loans, PO Box 45144, Jacksonville, FL 32232-5144 |
| 5393482 | * | Birches West HOA, c/o Wilkins Property Mgmt., 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5393483 | * | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5393484 | * | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5393485 | *+ | Commerical Acceptance Corp., 2 W Main St, Shiremanstown, PA 17011-6326 |
| 5393486 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5393490 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys Recovery, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5393487 | * | Household Bank, Attn.: Bankruptcy Dept., PO Box 5213, Carol Stream, IL 60197-5213 |
| 5393488 | * | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5393489 | * | Lendmark Financial Services, 4645 Village Square Dr Ste H, Paducah, KY 42001-7448 |
| 5393478 | * | Matos Karina L, 1281 Brian Ln, Effort, PA 18330-7938 |
| 5393479 | * | McCrystal Law Offices, 151 Main St Ste A, Emmaus, PA 18049-4026 |
| 5393491 | * | Severiano Matos, PO Box 402, Effort, PA 18330-0402 |
| 5393465 | ## | McCrystal Law Offices, 151 Main St Ste A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Harry B. Reese | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Michael J McCrystal | on behalf of Debtor 1 Karina L. Matos mccrystallaw@gmail.com sueparalegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Karina L. Matos,<br>aka Karina L. Arce, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00424−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 2, 2023

ordsmiss (05/18)